VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Dale H. King*, in support of the petition.

*Jane R. Rosenberg*, assistant attorney general, in opposition.

Decided February 15, 2001

---

STATE OF CONNECTICUT *v.* DARIUS MILLER

The defendant's petition for certification for appeal from the Appellate Court, 59 Conn. App. 406 (AC 19027), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James B. Streeto*, deputy assistant public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided February 28, 2001

---

STATE OF CONNECTICUT *v.* CHARLES JONES

STATE OF CONNECTICUT *v.* JASPER DUDLEY

The defendants' petition for certification for appeal from the Appellate Court, 60 Conn. App. 866 (AC 18786/ AC 19057), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Cameron Dorman*, special public defender, in support of the petition.